IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

EMPIRE TECHNOLOGY DEVELOPMENT LLC
Plaintiff,

SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.
Defendants

# Empire Technology Development

## Claim Construction Presentation

January 22, 2025

# Disputed Claim Terms or Phrases

## The ’120 Patent

- “wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode … and a single-input multiple-output (SIMO) mode …”
- “a power consumption of the first and second circuitry”
- “an idle power consumption of the mobile station”

## The ’331 Patent

- “pilot symbol”
- “a channel matrix of the communications channel”
- “replicated data”

# The ’120 Patent

“wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode … and a single-input multiple-output (SIMO) mode …”

| Empire’s Proposed Construction | Samsung’s Proposed Construction |
|---|---|
| No construction required; plain and ordinary meaning, *i.e.*, “wherein the controller is configured to receive a control signal and select between a MIMO mode and a SIMO mode in accordance with the control signal” | “wherein the controller is configured to receive a control signal and to select between a MIMO mode and a SIMO mode as indicated by the control signal”<br><br>Alternatively, the term is indefinite. |

’120 Patent, Claims 25, 29

# The Claim Language Supports Empire's Construction

**Empire's Proposed Construction**

No construction required; plain and ordinary meaning, *i.e.*, "wherein the controller is configured to receive a control signal and select between a MIMO mode and a SIMO mode in accordance with the control signal"

**25**. A mobile station for use in a communications system comprising:

a first antenna and a second antenna;

first circuitry coupled to the first antenna and configured to process signals for transmission by the first antenna;

second circuitry coupled to the second antenna and configured to process signals for transmission by the second antenna; and

a controller coupled to the first and second circuitry, wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode wherein both the first and second antennas transmit data over a communications channel and a single-input multiple-output (SIMO) mode wherein only one of the first and second antennas transmit data over a communications channel, wherein the control signal is based, at least in part, on a power consumption of the first and second circuitry, wherein the control signal is based, at least in part, on an idle power consumption of the mobile station.




The **controller** is configured to select the mode

The **controller** is configured to receive a control signal

# The Specification Supports Empire's Construction




**One Embodiment:** the **base station sends a mode** and the controller follows it.

FIG. **4** is a schematic illustration of some example communications systems arranged in accordance with at least some examples of the present disclosure. The example communications system **400** includes a base station **405** and three mobile stations **410**, **415**, and **420**. The base station **405** is

Ex. A at Fig. 4, 7:1-5.

# The Specification Supports Empire's Construction




**One example embodiment:**

A feedback decoder **477** may be coupled to the antennas **450** and **452** and configured to decode feedback signals received from the base station **405**. The feedback signals may include control signals corresponding to a selected mode, selected rate, selected antenna for use in SIMO mode, or combinations of those, as generally described above. A feedback control channel may be used to communicate the feedback information, and generally any type of feedback control channel may be used, including for example a dedicated or an optional feedback control channel.

A controller **475** may be coupled to the feedback decoder **477** and an encoder **470**. The controller **475** may be provided with a signal indicative of the selected mode, selected rate, selected antenna, or combinations thereof. Based on the received signals, the controller may configure the encoder **470** to encode data using the selected mode, selected rate, selected antenna, or combinations thereof. That is, as described above, the base station **405** may be configured to communicate a selected mode of MIMO or SIMO mode to the mobile station **410**. If the selected mode is a MIMO mode, the controller **475** may provide a control signal to the encoder **470** to configure the encoder **470** for MIMO operation using both the antennas **450** and **452**. If the selected mode is SIMO

Ex. A at 11:25-47.

# The Specification Supports Empire's Construction




**Another Embodiment:** the base stations sends a mode and the controller **overrides** it.

FIG. **4** is a schematic illustration of some example communications systems arranged in accordance with at least some examples of the present disclosure. The example communications system **400** includes a base station **405** and three mobile stations **410**, **415**, and **420**. The base station **405** is

Ex. A at Fig. 4, 7:1-5.

# The Specification Supports Empire's Construction




**Additional example embodiments:**

> using either the antenna **450** or **452**. In some examples, the controller **475** may not configure the encoder **470** in accordance with the mode selected by the base station **405**, but may override that selection based on some other criteria. For example, if a battery power at the mobile station **410** is too low to implement a mode selection made by the base station **405**, the controller **475** may implement a different mode. The

Ex. A at 11:50-56.

# The Claim Language Supports Empire's Construction


United States Patent
de Veciana et al.

## Not Asserted

16. A base station for use in communicating over a communications channel, the base station comprising:

a rate selector configured to generate a first signal corresponding to a first transmission rate for data in a multiple-input multiple-output (MIMO) mode of the communications system, wherein the rate selector is further configured to generate a second signal corresponding to a second transmission rate for data in a single-input multiple-output (SIMO) mode of the communications system;

a mode selector coupled to the rate selector, wherein the mode selector is configured to receive the first and second signals, and select a transmission mode based, at least in part, on an energy consumption of a transmitter associated with the first and second transmission rates, wherein the transmission mode corresponds to either the MIMO mode or the SIMO mode; and

the transmitter coupled to the mode selector, wherein the transmitter is configured to transmit a third signal to a transceiver in the communications system, wherein the third signal identifies the selected transmission mode for the transceiver, wherein, when the selected mode is the SIMO mode, the transmitter is further configured to transmit a fourth signal corresponding to an identity of a single antenna for use in the SIMO mode.

## Asserted

25. A mobile station for use in a communications system comprising:

a first antenna and a second antenna;

first circuitry coupled to the first antenna and configured to process signals for transmission by the first antenna;

second circuitry coupled to the second antenna and configured to process signals for transmission by the second antenna; and

a controller coupled to the first and second circuitry, wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode wherein both the first and second antennas transmit data over a communications channel and a single-input multiple-output (SIMO) mode wherein only one of the first and second antennas transmit data over a communications channel, wherein the control signal is based, at least in part, on a power consumption of the first and second circuitry, wherein the control signal is based, at least in part, on an idle power consumption of the mobile station.

Ex. A, Claims 16, 25.

# The Claim Language Supports Empire's Construction



## Not Asserted

24. A base station for use in communicating over a communications channel, the base station comprising:

a rate selector configured to generate a first signal corresponding to a first transmission rate for data in a multiple-input multiple-output (MIMO) mode of the communications system, wherein the rate selector is further configured to generate a second signal corresponding to a second transmission rate for data in a single-input multiple-output (SIMO) mode of the communications system, wherein the rate selector comprises a MIMO rate selector configured to calculate the first transmission rate based, at least in part, on an energy-optimized rate for data in the MIMO mode wherein the MIMO rate selector is configured to receive a signal indicative of a power consumption of circuitry coupled to a plurality of antennas at the transceiver, and wherein the MIMO rate selector is further configured to receive a signal indicative of a power consumption of the transceiver during an idle time;

a mode selector coupled to the rate selector, wherein the mode selector is configured to receive the first and second signals, and select a transmission mode based, at least in part, on an energy consumption of a transmitter associated with the first and second transmission rates, wherein the transmission mode corresponds to either the MIMO mode or the SIMO mode, wherein the energy-optimized rate is based, at least in part, on the power consumption of circuitry coupled to the plurality of antennas at the transceiver configured to transmit in the MIMO mode, and wherein the energy-optimized rate is further based, at least in part, on the power consumption of the transceiver during the idle time; and

the transmitter coupled to the mode selector, wherein the transmitter is configured to transmit a third signal to a transceiver in the communications system, wherein the third signal identifies the selected transmission mode for the transceiver.

## Asserted

25. A mobile station for use in a communications system comprising:

a first antenna and a second antenna;

first circuitry coupled to the first antenna and configured to process signals for transmission by the first antenna;

second circuitry coupled to the second antenna and configured to process signals for transmission by the second antenna; and

a controller coupled to the first and second circuitry, wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode wherein both the first and second antennas transmit data over a communications channel and a single-input multiple-output (SIMO) mode wherein only one of the first and second antennas transmit data over a communications channel, wherein the control signal is based, at least in part, on a power consumption of the first and second circuitry, wherein the control signal is based, at least in part, on an idle power consumption of the mobile station.

Ex. A, Claims 24, 25.

# The Claim Language Supports Empire's Construction

"While not an absolute rule, all claim terms are presumed to have meaning in a claim."

*Innova/Pure Water, Inc. v. Safari Water Filtration Sys., Inc.*,
381 F.3d 1111, 1119 (Fed. Cir. 2004)

# The Specification Supports Empire's Construction




coupled to the first and second circuitry. A controller **475** may be coupled to the encoder **470** and configured to provide a signal to the encoder **470** to operate in a MIMO mode or a SIMO mode. A feedback decoder **477** may be coupled to the

Ex. A at 7:30-33.

# The Specification Supports Empire's Construction




using either the antenna **450** or **452**. In some examples, the controller **475** may not configure the encoder **470** in accordance with the mode selected by the base station **405**, but may override that selection based on some other criteria. For example, if a battery power at the mobile station **410** is too low to implement a mode selection made by the base station **405**, the controller **475** may implement a different mode. The

**The claims cover the "override" embodiment**

Ex. A at 11:50-56.

# The Specification Supports Empire's Construction

"A claim construction that 'excludes the preferred embodiment is rarely, if ever, correct and would require highly persuasive evidentiary support.'"

*SynQor, Inc. v. Artesyn Techs., Inc.,* 709 F.3d 1365, 1379 (Fed. Cir. 2013)
(quoting *Adams Respiratory Therapeutics, Inc. v. Perrigo Co*., 616 F.3d 1283, 1290 (Fed. Cir. 2010)).

# The Court Should Disregard Samsung's Extrinsic Evidence and Proposed Construction

"Because the specification describes multiple embodiments . . . and the patentee has not demonstrated a 'clear intention to limit the claim scope . . .', the Court declines to adopt Defendants' construction."

*Pat. Harbor, LLC v. Audiovox Corp.*, No. 6:10-cv-00361 LED, 2011 WL 5040995, at *4 (E.D. Tex. Oct. 24, 2011)

---

rejecting defendant's proposed construction that would limit the claim term to one example in the specification where the specification disclosed other examples

*Verizon Servs. Corp. v. Vonage Holdings Corp.*, 503 F.3d 1295, 1305 (Fed. Cir. 2007)

# The Court Should Disregard Samsung's Extrinsic Evidence and Proposed Construction

"[I]f the meaning of the disputed claim term is clear from the intrinsic evidence—the written record—that meaning, and no other, must prevail; it cannot be altered or superseded by witness testimony or other external sources simply because one of the parties wishes it were otherwise."

*Key Pharms v. Hercon Labs. Corp.*, 161 F.3d 709, 716 (Fed. Cir. 1998)

# The ’120 Patent – Controller Selects Mode

1. The claims expressly state that the controller must select the transmission mode

2. An embodiment permits the controller to override the mode the base station indicates when configuring the encoder

3. In both embodiments, the controller ***receives and considers*** (not “disregards,” as Samsung argues) the control signal

# ’120 Patent

## “a power consumption of the first and second circuitry”

| Empire’s Proposed Construction | Samsung’s Proposed Construction |
|---|---|
| No construction required; plain and ordinary meaning, *i.e.*, “power consumed by the first and second circuitry” | power used by the first and second physical transceiver circuitry, not the signal energy |

’120 Patent, Claims 25, 29

# Samsung's Additional Limitations Are Unsupportable

- ✗ "physical transceiver circuitry"
- ✗ "not the signal energy"

# The Claim Language Supports Empire's Construction




**25**. A mobile station for use in a communications system comprising:

a first antenna and a second antenna;

first circuitry coupled to the first antenna and configured to process signals for transmission by the first antenna;

second circuitry coupled to the second antenna and configured to process signals for transmission by the second antenna; and

a controller coupled to the first and second circuitry, wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode wherein both the first and second antennas transmit data over a communications channel and a single-input multiple-output (SIMO) mode wherein only one of the first and second antennas transmit data over a communications channel, wherein the control signal is based, at least in part, on a power consumption of the first and second circuitry, wherein the control signal is based, at least in part, on an idle power consumption of the mobile station.

✗ No limitation to "physical transceiver circuitry"

✗ No negative limitation recited or implied

Ex. A, Claim 25.

# The Specification Does Not Limit "Circuitry" to a "Physical Transceiver"




antennas configured to transmit in the MIMO mode. The power consumption of the circuitry may include any of a variety of circuit components, including power consumption of one or more digital-to-analog converters, mixers, filters, and frequency synthesizers.

While the foregoing detailed description has set forth various examples of the devices and/or processes via the use of block diagrams, flowcharts, and/or examples, such block diagrams, flowcharts, and/or examples contain one or more functions and/or operations, it will be understood by those within the art that each function and/or operation within such block diagrams, flowcharts, or examples can be implemented, individually and/or collectively, by a wide range of hardware, software, firmware, or virtually any combination thereof. In

Ex. A at 3:48-52, 13:61-14:2.

# The Specification Does Not Limit "Circuitry" to a "Physical Transceiver"




process signals for transmission by the antenna **450**. The first circuitry may include a digital-to-analog converter **455**, a filter **456**, a mixer **457**, a filter **458**, and a power amplifier **459**. Second circuitry **460** may be coupled to the antenna **452** and configured to process signals for transmission by the antenna **452**. The second circuitry **460** may also include a digital-to-analog converter **461**, a filter **462**, a mixer **463**, a filter **464**, and a power amplifier **465**. A local oscillator **452** may be

Where does it say **"physical"** or **"transceiver"**?

Ex. A at 7:20-27.

# The Claims and Specification Support Empire's Construction

- "The standards for finding … disavowal are 'exacting.'"
- For there to be disavowal, the specification or prosecution history must be "clear that the invention does not include a particular feature."
- Furthermore, disavowal "must be clear and unmistakable."

*Luminara Worldwide, LLC v. Liown Elecs. Co.*, 814 F.3d 1343, 1353 (Fed. Cir. 2016) (quoting *GE Lighting Sols., LLC v. AgiLight, Inc.*, 750 F.3d 1304, 1309 (Fed. Cir. 2014))

And the law is clear that "a patent claim term is not limited merely because the embodiments in the specification all contain a particular feature."

*C.R. Bard, Inc. v. U.S. Surgical Corp.*, 388 F.3d 858, 865 (Fed. Cir. 2004)

"It is likewise not enough that the only embodiments, or all of the embodiments, contain a particular limitation. We do not read limitations from the specification into claims; we do not redefine words."

*Thorner v. Sony Comput. Ent. Am. LLC,* 669 F.3d 1362, 1366 (Fed. Cir. 2012)

"We have 'cautioned against limiting the claimed invention to preferred embodiments or specific examples in the specification.'"

*Teleflex, Inc. v. Ficosa N. Am. Corp.*, 299 F.3d 1313, 1328 (Fed. Cir. 2002)

(quoting *Texas Instruments, Inc. v. U.S. Int'l Trade Comm'n,* 805 F.2d 1558, 1563 (Fed. Cir. 1986)).

# Comparison of Asserted and Unasserted Claims Supports Empire's Construction

**Examples of "Transceiver" Claims:**

**15**. A method for selecting a transmission mode for a transceiver in a communications system, the method comprising:
calculating a first transmission rate for data in a multiple-input multiple-output (MIMO) mode of the communications system;
calculating a second transmission rate for the data in a single-input multiple-output (SIMO) mode of the communications system;
selecting the transmission mode based, at least in part, on an energy consumption of the transceiver associated with the first and second transmission rates, wherein the transmission mode corresponds to either the MIMO mode or the SIMO mode; and
selecting an identity of a single antenna at the transceiver for use in the SIMO mode when the selected transmission mode corresponds to the SIMO mode.

**18**. The base station of claim **17**, wherein the MIMO rate selector is configured to receive a signal indicative of a power consumption of circuitry coupled to a plurality of antennas at the transceiver, and wherein the energy-optimized rate is based, at least in part, on the power consumption of circuitry coupled to the plurality of antennas at the transceiver configured to transmit in the MIMO mode.

**Asserted Claim 25:**

**25**. A mobile station for use in a communications system comprising:
a first antenna and a second antenna;
first circuitry coupled to the first antenna and configured to process signals for transmission by the first antenna;
second circuitry coupled to the second antenna and configured to process signals for transmission by the second antenna; and
a controller coupled to the first and second circuitry, wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode wherein both the first and second antennas transmit data over a communications channel and a single-input multiple-output (SIMO) mode wherein only one of the first and second antennas transmit data over a communications channel, wherein the control signal is based, at least in part, on a power consumption of the first and second circuitry, wherein the control signal is based, at least in part, on an idle power consumption of the mobile station.

Ex. A, Claims 15, 18, 25.

# Samsung's Negative Limitation Is Unsupportable

But the law is clear that a negative limitation must find support either in "the words of the claim" or through an "express disclaimer or independent lexicography in the written description that would justify adding that negative limitation."

*Omega Eng'g, Inc. v. Raytek Corp.*, 334 F.3d 1314, 1323 (Fed. Cir. 2003)

---

Declining to add a negative limitation to a claim term where "there is no basis in the patent specification"

*Linear Tech. Corp. v. Int'l Trade Comm'n*, 566 F.3d 1049, 1060 (Fed. Cir. 2009)

# Samsung's Negative Limitation Is Unsupportable

"Prosecution history may not be used to limit the scope of a claim unless the applicant took a position before the Patent Office that would lead a competitor to believe that the applicant had disavowed coverage of the relevant subject matter."

*Univ. of Pittsburgh of Commonwealth Sys. of Higher Educ. v. Hedrick,* 573 F.3d 1290, 1296 (Fed. Cir. 2009) (citing *Schwing GmbH v. Putzmeister Aktiengesellschaft,* 305 F.3d 1318, 1324–25 (Fed. Cir. 2002)).

# Samsung's Negative Limitation Is Unsupportable

Finding no disclaimer resulting from a sentence in an interview summary that was in the context of different claims that did not include the disputed claim term.

*Massachusetts Inst. of Tech. v. Shire Pharms., Inc.*, 839 F.3d 1111, 1119-20 (Fed. Cir. 2016)

# Samsung's Negative Limitation Is Unsupportable

"An applicant's silence in response to an examiner's characterization of a claim does not reflect the applicant's clear and unmistakable acquiescence to that characterization if the claim is eventually allowed on grounds unrelated to the examiner's unrebutted characterization."

*3M Innovative Props. Co. v. Avery Dennison Corp.*,
350 F.3d 1365, 1373-74 (Fed. Cir. 2003)

# ’120 Patent

## “an idle power consumption of the mobile station”

| Empire’s Proposed Construction | Samsung’s Proposed Construction |
|---|---|
| No construction required; plain and ordinary meaning, *i.e.*, “power consumption of the mobile station at times when circuitry of the mobile station is waiting to transmit data over the communications channel” | power used by the mobile station when it is not sending data over the communications channel |

’120 Patent, Claim 25

“idle” = waiting to work

“idle” ≠ off

# Common Understanding of "Idle" Supports Empire's position

"idle" = waiting to work

"idle" ≠ off

When the ordinary meaning of claim language as understood by a POSITA is readily apparent, claim construction "involves little more than the application of the widely accepted meaning of commonly understood words."

*Phillips v. AWH Corp.,* 415 F.3d 1303, 1314 (Fed. Cir. 2005) (en banc).

# The Claim Language Supports Empire’s Construction




**25**. A mobile station for use in a communications system comprising:

a first antenna and a second antenna;

first circuitry coupled to the first antenna and configured to process signals for transmission by the first antenna;

second circuitry coupled to the second antenna and configured to process signals for transmission by the second antenna; and

a controller coupled to the first and second circuitry, wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode wherein both the first and second antennas transmit data over a communications channel and a single-input multiple-output (SIMO) mode wherein only one of the first and second antennas transmit data over a communications channel, wherein the control signal is based, at least in part, on a power consumption of the first and second circuitry, wherein the control signal is based, at least in part, on an idle power consumption of the mobile station.

Power is **not** consumed when a device is **off**.

Ex. A, Claim 25.

# The Specification Supports Empire’s Position




mized rate. The energy-optimized rate may also or instead be based, at least in part, on a power consumption of the transceiver during an idle time. The idle time is a time during which the transceiver may be waiting to send data over the communications channel. The transceiver may, for example,

“idle” = waiting to work

“idle” ≠ off

Ex. A at 2:58-62.

# The Specification Supports Empire's Construction




Various data or other information associated with a power consumption of the mobile station **410** during an idle time, or other mobile stations in the communications system **400** may be stored in the parameter storage **435**. Recall the idle time may include times during which the mobile station **410** is waiting to send data over the communications channel, such as waiting for a scheduled time to begin transmission. Alternatively or in addition to storing information related to the power consumption of the mobile station **410** during an idle time, a signal indicative of the power consumption during an idle time may be provided to the rate selector **430**, without necessarily storing the parameter. In some examples, a default

Ex. A at 8:52-63.

# Samsung’s Proposed Construction Is Incorrect




> a particular average throughput in some examples. However, if the transmission rate is too slow, a greater number of transceivers may become idle, waiting to send transmissions over the communications channel. Even if the idling transceivers turn off their transmission chains, some idle power may be consumed due to leakage current or other effects. The idle power spent at a lower transmission rate may accordingly make the lower transmission rate less desirable in some examples.

Idling transceiver with transmission turned off are still:

- powered on
- waiting to transmit

Ex. A at 3:2-10.

# Samsung's Citations to the Specification Confirm that Empire Is Correct

**Samsung's Markman Brief**

**Specification**: Samsung's proposed construction comports with ***every*** use of the term "idle" in the specification, all of which specify that an "idle time" is a time in which the mobile station is not sending data over the communications channel:

> The idle time is a time during which the transceiver may be ***waiting to send data over the communications channel***. Ex. A, 2:58-62.
>
> However, if the transmission rate is too slow, a greater number of transceivers may become ***idle, waiting to send transmissions over the communications channel***. Even if the idling transceivers turn off their transmission chains, some idle power may be consumed due to leakage current or other effects. *Id.*, 3:2-10.
>
> Recall the idle time may include ***times during which the mobile station 410 is waiting to send data over the communications channel***, such as waiting for a scheduled time to begin transmission. *Id.*, 8:55-58.

Samsung's construction, thereby, accurately captures this concept of the mobile station not sending data while "idle," and Empire does not appear to dispute this point.

"waiting to send data" ≠ "not sending data"

**ON** **OFF**

Samsung Reply Brief at page 13

# The Prosecution History Confirms That "idle" ≠ Sleep Mode

’120

25. A mobile station for use in a communications system comprising:

a first antenna and a second antenna;

first circuitry coupled to the first antenna and configured to process signals for transmission by the first antenna;

second circuitry coupled to the second antenna and configured to process signals for transmission by the second antenna; and

a controller coupled to the first and second circuitry, wherein the controller is configured to receive a control signal and, in accordance with the control signal, to select between a multiple-input multiple-output (MIMO) mode wherein both the first and second antennas transmit data over a communications channel and a single-input multiple-output (SIMO) mode wherein only one of the first and second antennas transmit data over a communications channel, wherein the control signal is based, at least in part, on a power consumption of the first and second circuitry, wherein the control signal is based, at least in part, on an idle power consumption of the mobile station.

matter: Re claims 5, 20 and 32; the prior art of record fails to anticipate or render obvious the limitations regarding the consideration of power during idle periods in the mode selection processing. Re claims 6 and 10, the prior art of record fails to anticipate

Ex. A, Claim 25.

Ex. H at Empire_0000355

# ’331 Patent

## “pilot symbol”

| Empire’s Proposed Construction | Samsung’s Proposed Construction |
|---|---|
| No construction required; plain and ordinary meaning, *i.e.*, “a symbol known by the receiver” | a reference symbol known by the transmitting and receiving device of a communications system |

’331 Patent, Claims 1, 5

# The Claims Support Empire's Construction

## "pilot symbol"




1. A method of decoding a signal transmitted over a communications channel, the method comprising:

receiving a pilot symbol over the communications channel;

estimating a channel matrix of the communications channel based, at least in part, on the pilot symbol;

receiving replicated data from multiple data streams transmitted over the communications channel;

decoding the replicated data using the estimated channel matrix;

generating an updated estimate of the channel matrix based, at least in part, on the replicated data; and

decoding subsequently received signals over the communications channel using the updated estimate of the channel matrix.

Ex. B at 15:42-16:7.

# The Specification Supports Empire’s Construction




matrix. One way to measure properties of the communications channel is to insert pilot symbols into the transmitted data streams. The pilot symbols may be known to the receiver and the known pilot symbols may be compared with the received signals to generate an estimate of one or more properties of the communications channel. The need to insert pilot

communications channel. The symbol may be received by any suitable receiver of a communications device. Signals may generally be received that encode the known pilot symbol. The received signals may also provide an indication that the encoded symbol is a pilot symbol.

Ex. B at 1:66-2:4, 9:66-10:3.

# The Specification Supports Empire's Construction




devices of a communications system. By decoding signals encoding a known pilot symbol, a receiving device may generate an estimate of the channel matrix of the communications channel. Pilot symbols may be stored in any memory

# Samsung's Expert Supports Empire's Construction

39. Both examples shown above include what the patent calls "pilot symbols," shown as the black blocks 310 and 314 in Figure 3, and the darkened blocks 520, 521, 522, 523, 524, and 525 in Figure 5. *Id.*, 6:62-64, 8:10-11. Pilot symbols have long been used in communications systems for various parameter estimations and to calibrate a receiver. A receiver knows what the value of a pilot symbol is expected to be, and uses a difference between that expected value and the value it calculates from the received pilot symbol.[1]

Ex. G, Decl. of Danijela Cabric, ¶ 39

# Samsung's Additional Limitations Are Unsupportable

X known to the transmitting device

X reference

# Samsung's Proposed Construction Is Incorrect

## "pilot symbol"




1. A method of decoding a signal transmitted over a communications channel, the method comprising:
receiving a pilot symbol over the communications channel;
estimating a channel matrix of the communications channel based, at least in part, on the pilot symbol;
receiving replicated data from multiple data streams transmitted over the communications channel;
decoding the replicated data using the estimated channel matrix;
generating an updated estimate of the channel matrix based, at least in part, on the replicated data; and
decoding subsequently received signals over the communications channel using the updated estimate of the channel matrix.

"transmitting device" is **not** part of the claimed method

Ex. B at 15:42-16:7.

# Samsung's Proposed Construction Is Incorrect

## "pilot symbol"




**The patent never uses the term "reference symbol"**

a mixer or multiplexor. Generally, the pilot symbols correspond to symbols known by the transmitting and receiving devices of a communications system. By decoding signals

Ex. B at 8:55-57 .

# Samsung's Proposed Construction Is Incorrect

"If we need not rely on a limitation to interpret what the patentee meant by a particular term or phrase in a claim, that limitation is 'extraneous' and cannot constrain the claim."

*Renishaw PLC v. Marposs Societa' per Azioni,*
158 F.3d 1243, 1249 (Fed. Cir. 1998)

# ’331 Patent

## “a channel matrix of the communications channel”

| Empire’s Proposed Construction | Samsung’s Proposed Construction |
| --- | --- |
| No construction required; plain and ordinary meaning, *i.e.*, “a matrix that relates a transmitted signal to a received signal” | a matrix of data representing the operation of the communications channel on the transmitted data symbols |

’331 Patent, Claims 1, 5

# Only Two Grounds for Departing from the Plain and Ordinary Meaning

"The words of a claim are generally given their ordinary and customary meaning as understood by a person of ordinary skill in the art when read in the context of the specification and prosecution history."

*Thorner v. Sony Comput. Ent. Am. LLC*, 669 F.3d 1362, 1365 (Fed. Cir. 2012) (citing *Phillips v. AWH Corp.*, 415 F.3d 1303, 1313 (Fed. Cir. 2005) (en banc)).

---

"There are only two exceptions to this general rule: 1) when a patentee sets out a definition and acts as his own lexicographer, or 2) when the patentee disavows the full scope of a claim term either in the specification or during prosecution."

*Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1580 (Fed. Cir. 1996)

# The Claims Support Empire's Construction




1. A method of decoding a signal transmitted over a communications channel, the method comprising:
receiving a pilot symbol over the communications channel;
estimating a channel matrix of the communications channel based, at least in part, on the pilot symbol;
receiving replicated data from multiple data streams transmitted over the communications channel;
decoding the replicated data using the estimated channel matrix;
generating an updated estimate of the channel matrix based, at least in part, on the replicated data; and
decoding subsequently received signals over the communications channel using the updated estimate of the channel matrix.

Ex. B at 15:42-16:7.

# The Specification Supports Empire's Construction


’331

(12) United States Patent
Panah et al.
(10) Patent No.: US 8,565,331 B2
(45) Date of Patent: Oct. 22, 2013

devices of a communications system. By decoding signals encoding a known pilot symbol, a receiving device may generate an estimate of the channel matrix of the communications channel. Pilot symbols may be stored in any memory

sion. As will be described further below, the replicated data may be utilized to improve estimates of a channel matrix associated with a communications channel. Accordingly, as more replicated data is inserted, the accuracy of the channel matrix estimate may increase. However, as more replicated

Ex. B at 8:57-60, 9:20-24.

# No Definition or Lexicography in the Specification




Figure 1

’331

BACKGROUND

* * *

nications channel. The signals received by a receiver over the communications channel may be related to the transmitted signals by a channel matrix H. The channel matrix generally refers to a matrix of data which may represent the operation of the communications channel on the transmitted data symbols, including representations of such effects as reflections.

**Not a definition**

Ex. B at 1:31-36.

# No Definition or Lexicography in the Specification

The language Samsung relies upon falls far short of a definition that appears "with reasonable clarity, deliberateness, and precision."

*Renishaw PLC v. Marposs Societa' per Azioni*,
158 F.3d 1243, 1249 (Fed. Cir. 1998)

# No Definition or Lexicography in the Specification

"channel matrix of the communications channel"

1) is not called a "term,"
2) is not "set off by quotation marks—often a strong indication that what follows is a definition," and
3) is not used alongside the word "means" or "is."

*Sinorgchem Co., Shandong v. Int'l Trade Comm'n*, 511 F.3d 1132, 1136 (Fed. Cir. 2007)

# Samsung’s Case Law Supports Empire

In *Mayne Pharma*, the specification provided a clear definition: “The term ‘in vivo’ in general means in the living body of a plant or animal . . . .”

927 F.3d 1232, 1242 (Fed. Cir. 2019).

# ’331 Patent

## “replicated data”

| Empire’s Proposed Construction | Samsung’s Proposed Construction |
|---|---|
| “duplicated data” | “copied non-pilot symbols”<br><br>Alternatively, indefinite under 35 U.S.C. § 112. |

’331 Patent, Claims 1, 5

# The Claims Support Empire’s Construction




1. A method of decoding a signal transmitted over a communications channel, the method comprising:

receiving a pilot symbol over the communications channel;

estimating a channel matrix of the communications channel based, at least in part, on the pilot symbol;

receiving replicated data from multiple data streams transmitted over the communications channel;

decoding the replicated data using the estimated channel matrix;

generating an updated estimate of the channel matrix based, at least in part, on the replicated data; and

decoding subsequently received signals over the communications channel using the updated estimate of the channel matrix.

Ex. B at 15:42-16:7.

# The Specification Supports Empire's Construction




This disclosure is drawn, inter alia, to methods, systems, devices, and/or apparatus generally related to use of replicated data as a pilot symbol in a communications system.

described further below, use of replicated data symbols as pilot symbols may advantageously increase the channel estimation accuracy while not impacting the overall data rate as

Ex. B at 4:3-5, 9:5-7.

# The Specification Supports Empire's Construction




Figure 5

# The Specification Supports Empire's Construction

[redacted]

# The Specification Supports Empire's Construction




> Examples of replicated data have been described above. Generally, signals are received that may encode the replicated data and the signals may also encode an indication that the data includes one or more replicated data symbols. Signals

Ex. B at 10:19-22.

# Samsung's Proposed Construction Is Incorrect

The negative limitation "non-pilot symbols" must be supported by "the words of the claim" or through an "express disclaimer or independent lexicography"

*Omega Eng'g,* 334 F.3d at 1323; Linear Tech., 566 F.3d at 1060

# Samsung's Proposed Construction Is Incorrect

An "'implied' redefinition must be so clear that it equates to an explicit one. In other words, a person of ordinary skill in the art would have to read the specification and conclude that the applicant has clearly disavowed claim scope or has acted as its own lexicographer."

*Thorner v. Sony Comput. Ent. Am. LLC*,
669 F.3d 1362, 1368 (Fed. Cir. 2012).

# Samsung's Case Law Does Not Support Adding a Negative Limitation

The specification in Samsung's cited case specifically excluded the proposed negative limitation from the definition of the claim term: "NIMs are extremely flexible, because *the definition of the NIM is content, rather than compiled code*."

*Lenovo Holding Co., Inc. v. DoDots Licensing Sols. LLC*,
No. 2021-1247 2021 WL 5822248, at *3 (Fed. Cir. 2021)

# "Replicated Data" Is Not Indefinite

"Appellees' other actions during litigation also reflect that they understood [the term]."

*Sonix Tech. Co. v. Publ'ns Int'l, Ltd.*,
844 F.3d 1370, 1380 (Fed. Cir. 2017).