[redacted]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT LLC<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Case No. 2:23-cv-00427-JRG-RSP |

**DECLARATION OF NATHANIEL BROWAND IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(C) FOR LACK OF CONSTITUTIONAL STANDING**

I, Nathaniel Browand, declare:

1. I am counsel for Plaintiff Empire Technology Development LLC ("Empire"). I submit this Declaration in support of Empire's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c) for Lack of Constitutional Standing, submitted by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung").

2. Attached as Exhibit 1 is a true and correct copy of a Master License Agreement, between the Board of Regents, the University of Texas System and Invention Development Management Company, LLC, dated June 26, 2009, bearing bates numbers Empire_0001330 – Empire_0001359.

3. Attached as Exhibit 2 is a true and correct copy of an Assignment and Assumption Agreement, dated June 5, 2017, between Invention Development Management Company, LLC

[redacted]

and Empire Technology Development, LLC, bearing bates numbers Empire_0001368 – Empire_0001416.

4. Attached as Exhibit 3 is a true and correct copy of Amendment No. 2 to Master License Agreement, dated May 17, 2010, bearing bates numbers UTAUS000986 – UTAUS000989.

5. Attached as Exhibit 4 is a true and correct copy of [redacted] bearing bates numbers UTAUS003437 – UTAUS003445.

6. Attached as Exhibit 5 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office website for U.S. Patent No. 8,798,120, generated February 3, 2025, showing a payment date of January 17, 2018, bearing bates number Empire_0104506.

7. Attached as Exhibit 6 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office website for U.S. Patent No. 8,798,120, generated February 3, 2025, showing a payment date of July 18, 2022, bearing bates number Empire_0104507.

8. Attached as Exhibit 7 is a true and correct copy of correspondence from S. Steger to A. Hong regarding a Wireless Patent Portfolio offering and an attachment thereto titled Allied Inventors Wireless Portfolio, dated June 7, 2019, bearing bates numbers Steger_0001579 – Steger_0001581.

9. Attached as Exhibit 8 is a true and correct copy of an acknowledgement receipt from the United States Patent and Trademark Office for Provisional Patent Application No. 61161166, dated March 18, 2009, bearing bates numbers UTAUS000060 – UTAUS000061.

[redacted]

10. Attached as Exhibit 9 is a true and correct copy of [redacted] bearing bates numbers UTAUS000001 – UTAUS000013.

11. Attached as Exhibit 10 is a true and correct copy of a filing receipt from the United States Patent and Trademark Office for Provisional Patent Application 61/161,166, dated April 7, 2009, bearing bates numbers UTAUS000109 – UTAUS000111.

12. Attached as Exhibit 11 is a true and correct copy of a document titled, [redacted] bearing bates numbers UTAUS003327 – UTAUS003328.

13. Attached as Exhibit 12 is a true and correct copy of a document titled, [redacted] bearing bates numbers UTAUS003277 – UTAUS003281.

14. Attached as Exhibit 13 is a true and correct copy of a document titled, [redacted] bearing bates numbers UTAUS003302 – UTAUS003303.

15. Attached as Exhibit 14 is a true and correct copy of a [redacted] bearing bates numbers UTAUS001017 – UTAUS001019.

16. Attached as Exhibit 15 is a true and correct copy of a Notice of Publication of Application for Patent Application No. 12/727,049, dated November 11, 2010, bearing bates number UTAUS000657.

[redacted]

17. Attached as Exhibit 16 is a true and correct copy of [redacted] bearing bates numbers UTAUS003320 – UTAUS003321.

18. Attached as Exhibit 17 is a true and correct copy of a document titled, [redacted] bearing bates number UTAUS003297.

19. Attached as Exhibit 18 is a true and correct copy of [redacted] bearing bates number UTAUS003346.

20. Attached as Exhibit 19 is a true and correct copy of excerpts of the deposition transcript of Elizabeth Rudersdorf, dated January 28, 2025.

21. Attached as Exhibit 20 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office for Patent No. 8565331, generated February 3, 2025, showing a payment date of September 23, 2021, bearing bates number Empire_0104509.

22. Attached as Exhibit 21 is a true copy of a Maintenance Fee Statement from the United States Patent and Trademark Office for Patent No. 8565331, generated February 3, 2025, showing a payment date of March 27, 2017, bearing bates number Empire_0104508.

23. Attached as Exhibit 22 is a true and correct copy of a Maintenance Fee Statement from the United States Patent and Trademark Office for Patent No. 8565331, generated February 5, 2025, showing a payment date of February 5, 2025, bearing bates number Empire_0104505.

[redacted]

24. Attached as Exhibit 23 is a true and correct copy of [redacted] bearing bates number Empire_0105828.

25. Attached as Exhibit 24 is a true copy of an Order Denying Director Review of Institution Decision in IPR2024-00897, dated March 13, 2025.

26. Attached as Exhibit 25 is a true and correct copy of a document titled, [redacted] bearing bates number UTAUS003309.

27. Attached as Exhibit 26 is a true and correct copy of [redacted] dated February 23, 2010, bearing bates number UTAUS003313.

28. Attached as Exhibit 27 is a true and correct copy of a document titled [redacted] bearing bates number UTAUS003293.

29. Attached as Exhibit 28 is a true and correct copy of [redacted] bearing bates numbers UTAUS001001 – UTAUS001003.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2025

*/s/ Nathaniel Browand*
Nathaniel Browand