# EXHIBIT 5

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

**United States Patent and Trademark Office**

*Office of the Commissioner for Patents*

# Maintenance Fee Statement

| CURRENT CORRESPONDENCE ADDRESS | CUSTOMER # | ENTITY STATUS | STATEMENT GENERATED |
|---|---|---|---|
| IP SPRING - AI<br>161 N. CLARK ST.<br>SUITE 1700<br>CHICAGO, IL 60601 | 154241 | UNDISCOUNTED | 02/03/2025 20:35:34 |

## Invention

METHODS AND COMMUNICATION SYSTEMS HAVING ADAPTIVE MODE SELECTION

| PATENT # | APPLICATION # | FILING DATE | ISSUE DATE |
|---|---|---|---|
| 8798120 | 12727049 | 03/18/2010 | 08/05/2014 |

## Payment Details

| PAYMENT DATE | DATE POSTED | TRANSACTION ID | ATTORNEY DOCKET # | TOTAL PAYMENT |
|---|---|---|---|---|
| 01/17/2018 | 01/17/2018 | 011718INTMTFEE00010676132159 | 8726309 | $1,600.00 |

| Fee Code | Description | Sale ID | Fee Amount |
|---|---|---|---|
| 1551 | MAINTENANCE FEE DUE AT 3.5 YEARS | 011718INTMTFEE00010676 | $1,600.00 |

*According to the records of the United States Patent and Trademark Office (USPTO), the maintenance fee and any necessary surcharge have been timely paid for the patent listed above. The payment shown above is subject to actual collection. If the payment is refused or charged back by a financial institution, the payment will be void and the maintenance fee and any necessary surcharge unpaid.*