# EXHIBIT 7

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Message

**From**: Steve Steger [steve@stegerip.com]
**Sent**: 6/7/2019 3:47:29 PM
**To**: Andrew Hong [ea.hong@samsung.com]
**CC**: Yooseok Kim [yooskim@samsung.com]; Youngjoo Cho [youngjoo.cho@samsung.com]
**BCC**: steve@stegerip.com
**Subject**: Wireless Patent Portfolio Offering
**Attachments**: Allied Inventors Wireless Portfolio.pdf; Untitled attachment 00013.htm; Allied Inventors - Wireless Portfolio Patent List - 5-29-2019.xlsb; Untitled attachment 00016.htm; Allied Inventors NDA.docx; Untitled attachment 00019.htm

Andrew,

Attached is a summary of a patent portfolio we are currently offering for sale that I believe may be of interest to you, along with a full asset list for the portfolio. The portfolio was developed by Allied Inventors, and is directed to a number of different aspects of wireless technology. We have additional information available for review (including evidence of use) upon entry of a non-disclosure agreement directly with Allied Inventors—a proposed agreement is attached.

Please let me know if you have any questions about the portfolio, or if you would like to enter the NDA to gain access to the additional information. Feel free to give me a call should you wish to discuss.

# Wireless Patent Portfolio

ALLIED INVENTORS

STEGER IP

## Overview

Allied Inventors is offering for sale its wireless technology patent portfolio. This extensive portfolio includes standards-related, implementation-specific, and other fundamental and core telecommunications patents. The portfolio includes over 500 issued patents and pending applications across almost 200 separate patent families and was developed by a world-wide network of some of the best minds in the field. The portfolio touches nearly every aspect of wireless telecommunications, including infrastructure, network design, and handsets and other connected consumer electronics, with priority dates as early as 2005.

### Key highlights of this portfolio opportunity include:

- *Technical Scope*. Nearly every aspect of wireless telecommunications is covered, with hundreds of patents directed to wireless handsets and infrastructure, service providers, and connected enterprise and consumer goods.

- *Geographic Scope*. The portfolio was developed through a world-wide network of inventors, and includes patents issued or applications pending in the United States, Germany, France, the UK, China, Japan, South Korea, and several other countries.

- *Few Encumbrances*. The portfolio is relatively unencumbered, with few active licenses in place. There is no major company in the telecommunications space that is licensed.

- *Breadth*. The portfolio is not limited to standards-related technology embedded in devices, as it also covers elements of the user experience and operation of telecommunication products that can be observed without any sort of reverse engineering. The portfolio includes inventions in the telecommunications space that countless consumers use every day around the world.

## Portfolio History

The wireless portfolio being offered for sale by Allied Inventors is a subset of a much larger portfolio developed and managed by Allied Inventors. The portfolio was developed with inventors around the world who created novel solutions to technical challenges facing a broad range of industries. Through this innovative process, Allied Inventors developed a portfolio of more than 5,000 assets that cover a wide spectrum of technology such as semiconductors, cloud, next generation materials, surgical devices, in addition to the wireless communication technologies being offered in this opportunity.

It is through this innovative network and business model that the wireless portfolio was created.
.

## Technologies Covered by the Portfolio

The wireless portfolio covers many technologies used in wireless networks and wireless devices. Aspects of the following technologies are covered:

- Antenna Design and Performance
- Beamforming
- Channel Estimation and Spectrum Sensing
- Connectivity and Network Optimization
- Data Transmission
- Handoffs
- Interference Avoidance
- MIMO
- Mobile Operating Systems
- Multiplexing and Modulation
- Quality of Service

In addition, the portfolio has particular applicability to LTE, 5G, 802.11, and Citizen's Broadband Radio Service (CBRS).

The patents of this portfolio still have significant life left and are in their prime licensing years. Further, many families have pending applications, allowing for strategic patent prosecution.

Representative U.S. patent assets include:

- 8,099,057—*Spectrum Sharing Using Cognitive Radios*
- 8,224,261—*Creation of a Beam Using Antennas*
- 8,504,111—*Active Electrical Tilt Antenna Apparatus with Distributed Amplifier*
- 8,526,525—*Interference Avoiding MIMO*
- 8,554,196—*Network Coverage by Cycling Through Beam Shape Coverage Configurations*
- 8,565,331—*Inserting and Decoding Replicated Data Symbols In Wireless Communications*
- 8,570,938—*Method and System for Adaptive Antenna Array Pairing*
- 8,578,020—*Dynamic Mobile Application Quality-Of-Service Monitoring and Reporting*
- 8,730,833—*Coordination of Co-Spectrum Users with Wireless Broadband Networks*
- 8,774,814—*Network Coverage by Cycling Through Beam Shape Coverage Configurations*
- 8,780,715—*Peak Load Management of a Wireless Data Channel*
- 8,797,953—*In-Vehicle Networking Based Services*
- 8,798,120—*Methods and Communication Systems Having Adaptive Mode Selection*
- 8,824,443—*Schemes for Providing Wireless Communication*
- 8,855,553—*Scalable Millimeter-Wave Wireless Network Architecture for High User Concentrations*
- 8,885,570—*Schemes for Providing Private Wireless Network*
- 9,094,888—*Wireless Device Handoff Between Wireless Networks*
- 9,218,820—*Audio Fingerprint Differences for End-To-End Quality of Experience*

*Measurement*
- 9,326,232—*Schemes for Providing Wireless Communication*
- 9,717,005—*Schemes for Connecting to Wireless Network*
- 9,750,064—*Schemes for Providing Wireless Communication*
- 9,813,203—*Generation of a Pilot Signal in a Base Station*
- 9,961,552—*Schemes for Connecting to Wireless Network*
- 9,980,185—*Wireless Device Handoff Between Wireless Networks*
- 15/863,003—*Hybrid FDD/TDD Wireless Network*

A full asset list for the portfolio accompanies this overview. In addition, evidence of use for many of the patents listed above is available upon entry of a confidentiality agreement.

## Conclusion

This offering represents a rare opportunity to acquire a high-quality wireless technology portfolio in key geographies and with proven applicability to a broad range of valuable wireless features and technologies. The combination of strong coverage of valuable technologies, early priority dates, pending continuation applications, lack of encumbrances, and multi-billion dollar addressable revenues will position the buyer of this portfolio to develop or maintain market leadership around the world.

For further information, please contact:

Steven G. Steger
**STEGER IP, LLC**
steve@stegerip.com
233 South Wacker Drive
84th Floor
Chicago, IL 60606
T: 312-819-5331