# EXHIBIT 8

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

## Acknowledgement Receipt

The USPTO has received your submission at **14:25:13** Eastern Time on **18-MAR-2009** by Deposit Account: 232426.

$ **110** fee paid by e-Filer via *RAM* with Confirmation Number: 17975.

## eFiled Application Information

| | |
|---|---|
| EFS ID | 4989366 |
| Application Number | 61161166 |
| Confirmation Number | 5302 |
| Title | A METHOD AND APPARATUS FOR ADAPTIVE MODE SWITCHING AND RATE SELECTION FOR ENERGY EFFICIENT MIMO SYSTEMS |
| First Named Inventor | Gustavo de Veciana |
| Customer Number or Correspondence Address | 61060 |
| Filed By | Robert Allen Voigt. |
| Attorney Docket Number | 22084-P050V1 |
| Filing Date | |
| Receipt Date | 18-MAR-2009 |
| Application Type | Provisional |

## Application Details

| Submitted Files | Page Count | Document Description | File Size | Warnings |
|---|---|---|---|---|
| ProvisionalCoverSheet22084-P050V1.pdf | 2 | Provisional Cover Sheet (SB16) | 157533 bytes | ⚠ WARNINGS |
| This is not a USPTO supplied Provisional Cover Sheet SB16 form. | | | | |
| Specification22084-P050V1.pdf | 45 | Specification | 2628534 bytes | ◆ PASS |
| fee-info.pdf | 2 | Fee Worksheet (PTO-06) | 29673 bytes | ◆ PASS |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance

of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent e-Filing.*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*