INTELLECTUAL VENTURES

## 2010 ACCOUNT STATEMENT FOR: University of Texas at Austin

### TOTAL AMOUNT PAID

| Payment Type | USD |
|---|---|
| Milestone 1 | 20,000 |
| Milestone 2 | 10,000 |
| Milestone 3 | - |
| Invention Award | - |
| Patenting Bonus | - |
| Profit Sharing | - |
| **TOTAL AMOUNT** | **30,000** |

### TOTAL INVENTIONS SUBMITTED

| Status | Total |
|---|---|
| New | 0 |
| Under Review | 0 |
| Failed Pre-Screening | 2 |
| Recommended for Patenting | 0 |
| Selected for Patenting | 4 |
| Not Selected for Patenting | 14 |
| Combine | 1 |
| Dropped from Patenting | 0 |
| **TOTAL INVENTIONS SUBMITTED** | **21** |

### TOTAL PATENTS FILED OR GRANTED

| Status | Total |
|---|---|
| Filed | 18 |
| Granted | 0 |
| **TOTAL PATENTS FILED OR GRANTED** | **18** |

INTELLECTUAL VENTURES

**2010 ACCOUNT STATEMENT FOR: University of Texas at Austin**

**TOTAL AMOUNT PAID IN 2010**

| Invention ID (Legacy ID) | Main Inventor | Date of Submission | Associated Program | Status | Payment Type | Currency | Total |
|---|---|---|---|---|---|---|---|
| 5509 HEA A Method of Rate Selection in OFDM Wireless Networks | | | | | | | |
| US-800302 | Robert W. HEATH JR. | 7/15/2009 | UT Austin Core Institution Program | Dropped from Patenting | Milestone 1 | USD | 10,000 |
| 5522 HEA A simple method for reducing the known pilots symbols overhead for high mobility SFBC OFDM based wireless communication system | | | | | | | |
| US-800279 | Robert W. HEATH JR. | 6/29/2009 | UT Austin Core Institution Program | Selected for Patenting | Milestone 1 | USD | 10,000 |
| | | | | | Milestone 2 | USD | 10,000 |

INTELLECTUAL VENTURES

**2010 ACCOUNT STATEMENT FOR:** **University of Texas at Austin**

**TOTAL INVENTIONS SUBMITTED IN 2010**

| Invention ID (Legacy ID) | Main Inventor | Date of Submission | Associated Program | Status |
|---|---|---|---|---|
| 5628 SWA: Divider with Faster than Quadratic Convergence<br>US-801082 | Earl SWARTZLANDER | 2/10/2010 | UT Austin Core Institution Program | Selected for Patenting |
| 5657 JOH: A bloom-filter based method for improving energy and test application time of testing techniques for digital integrated circuits<br>US-801083 | Lizy JOHN | 2/10/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5690 STO: Ad-hoc teams of Autonomous Agents<br>US-801084 | Peter STONE | 2/10/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5701 JOH: Energy savings using semantic knowledge of inconsequential memory occupancy for DRAM subsystem<br>US-801085 | Lizy JOHN | 2/10/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5706 STO: Autonomous bidding agent for ad auctions<br>US-801086 | Peter STONE | 2/10/2010 | UT Austin Core Institution Program | Selected for Patenting |
| 5325 HO: Methods to Fabricate Densified Carbon Nanotube Thin Films for Applications in Microelectronics<br>US-801238 | Paul S. HO | 3/10/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5334 AND - Recursive Codeword Construction and Peak-to-Average Power Ratio Reduction Techniques<br>US-801465 | Hoojin LEE | 4/27/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5749 SHV - Optical Isolator Based on Adiabatic Non-reciprocal mode conversion in Nonlinear Chiral Fibers anc Other Multi-mode Waveguiding Structures<br>US-801466 | Gennady SHVETS | 4/27/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5691 SWA - Data Tag Control Method for Quantum-Dot Cellular Automata<br>US-801467 | Earl SWARTZLANDER | 4/27/2010 | UT Austin Core Institution Program | Selected for Patenting |
| 5717 JOH - Compiler Assisted Indirect Branch Predictor<br>US-801468 | Lizy Kurian JOHN | 4/27/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5630 PAN - Method and Apparatus for an SDRAM-Aware Router for Networks-on-Chip<br>US-801470 | Wooyoung JANG | 4/27/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| UTAU: 1244 SYNTHESIS AND APPLICATIONS OF GRAPHENE NANOSHEETS AND THEIR NANOCOMPOSITES<br>US-801530 | Arumugam MANTHIRAM | 5/17/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| Method for Separately Quantizing Channel State Information from Multiple Base stations in Cooperative Communication Systems<br>US-811736 | Robert W. HEATH JR. | 9/17/2010 | UT Austin Core Institution Program | Failed Pre-Screening |
| 5830 SHV Thin-film metamaterials for solar thermal energy and solar thermo-photovoltaics (TPV) applications<br>US-811786 | Gennady SHVETS | 9/24/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5878 STO: Targeted Exploration in Model-Based Reinforcement Learning<br>US-811787 | Peter STONE | 9/24/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5879 STO: Reinforcement Learning for PID Control<br>US-811788 | Peter STONE | 9/24/2010 | UT Austin Core Institution Program | Not Selected for Patenting |

INTELLECTUAL VENTURES®

## 2010 ACCOUNT STATEMENT FOR: University of Texas at Austin

### TOTAL INVENTIONS SUBMITTED IN 2010

| Invention ID (Legacy ID) | Main Inventor | Date of Submission | Associated Program | Status |
|---|---|---|---|---|
| 5887 SWA Improved Goldschmidt Divider<br>US-811974 | Earl SWARTZLANDER | 10/12/2010 | UT Austin Core Institution Program | Not Selected for Patenting |
| 5838 BEL Photothermal induced resonance microscopy with improved senditivity<br>US-811975 | Mikhail BELKIN | 10/12/2010 | UT Austin Core Institution Program | Failed Pre-Screening |
| 5803 LEE Vertical Mode Tunneling Field-Effect-Transistor (TFETs) with III-V Tunneling Junctions and Lateral Oxidation in Controlling the Tunneling Region<br>US-811986 | Jack C. LEE | 10/13/2010 | UT Austin Core Institution Program | Selected for Patenting |
| 5802 LEE Vertical Mode Tunneling Field-Effect-Transistor (TFETs) with high-k dielectrics and III-V tunneling junctions<br>US-812039 | Jack C. LEE | 10/13/2010 | UT Austin Core Institution Program | Combine |
| 5801 LEE Low-K Dielectrics on III-V MOSFETs as the First Level Isolation Dielectrics<br>US-812040 | Jack C. LEE | 10/13/2010 | UT Austin Core Institution Program | Not Selected for Patenting |

INTELLECTUAL VENTURES®

**2010 ACCOUNT STATEMENT FOR:** **University of Texas at Austin**

**TOTAL PATENTS FILED OR GRANTED IN 2010**

| Patent Development ID | Status of Patent Devlopment | Application Serial Number | Filing Date of Application | Patent Number | Total |
|---|---|---|---|---|---|
| US-410231-02-US-PCT | Filed | PCT/US2010/038406 | 6/11/2010 | - | |
| US-410232-02-US-PCT | Filed | PCT/US2010/038350 | 6/11/2010 | - | |
| US-410233-02-US-PCT | Filed | PCT/US2010/038400 | 6/11/2010 | - | |
| US-410234-02-US-PCT | Filed | PCT/US2010/38372 | 6/11/2010 | - | |
| US-410239-02-US-PCT | Filed | PCT/US2010/038360 | 6/11/2010 | - | |
| US-410240-02-US-PCT | Filed | PCT/US2010/038320 | 6/11/2010 | - | |
| US-800279-01-US-PCT | Filed | PCT/US2010/046106 | 8/20/2010 | - | |
| US-800279-02-US-NAT | Filed | 12/999029 | 8/20/2010 | - | |
| US-800289-01-US-PCT | Filed | PCT/US2010/042332 | 7/16/2010 | - | |
| US-800289-02-US-NAT | Filed | 12/999266 | 7/16/2010 | - | |
| US-800294-01-US-PCT | Filed | PCT/US2010/042258 | 7/16/2010 | - | |
| US-800294-02-US-NAT | Filed | 12/997831 | 7/16/2010 | - | |
| US-800295-01-US-REG | Filed | 12/836843 | 7/15/2010 | - | |
| US-800765-01-US-PCT | Filed | PCT/US2010/039162 | 6/18/2010 | - | |
| US-800802-01-US-REG | Filed | 12/727049 | 3/18/2010 | - | |
| US-801082-01-US-REG | Filed | 12/785040 | 5/21/2010 | - | |
| US-801086-01-US-REG | Filed | 12/827906 | 6/30/2010 | - | |
| US-801467-01-US-REG | Filed | 12/847571 | 7/30/2010 | - | |