# EXHIBIT 22

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

**United States Patent and Trademark Office**

*Office of the Commissioner for Patents*

# Patent Maintenance Fee Receipt

| PAYER NAME | PAYMENT DATE | RECEIPT GENERATED | PAYMENT TOTAL |
|---|---|---|---|
| Katherine Gardner | 02/05/2025 | 02/05/2025 18:14:28 | $8,280.00 |

## Payment Details

| PAYMENT TYPE | ACCOUNT # | TRANSACTION ID |
|---|---|---|
| Credit/Debit Card | ******3003 | E202525I14269901 |

## Patent Details

| PATENT # | APPLICATION # |
|---|---|
| 8565331 | 12999029 |

| Fee Code | Attorney Docket # | Fee Code Name | Sale ID | Fee Code Amount |
|---|---|---|---|---|
| 1553 | ALA-US-800279-02-US-NAT | MAINTENANCE FEE DUE AT 11.5 YEARS | E202525I14269901 | $8,280.00 |

*According to the records of the United States Patent and Trademark Office (USPTO), the maintenance fee and any necessary surcharge have been timely paid for the patent listed above. The payment shown above is subject to actual collection. If the payment is refused or charged back by a financial institution, the payment will be void and the maintenance fee and any necessary surcharge unpaid.*