# Exhibit 23
# Remain
# Under Seal