# EXHIBIT 24

# FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

Trials@uspto.gov
571-272-7822

Paper 18
Date: March 13, 2025

UNITED STATES PATENT AND TRADEMARK OFFICE

---

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

---

SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG ELECTRONICS AMERICA, INC.,
Petitioner,

v.

EMPIRE TECHNOLOGY DEVELOPMENT LLC,
Patent Owner.

---

IPR2024-00897
Patent 8,565,331 B2

---

Before MICHELLE N. ANKENBRAND,[1] *Senior Lead Administrative Patent Judge*, *performing the duties of Director Review Executive*.

ORDER

---

[1] Coke Morgan Stewart, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office, is recused and took no part in this decision. The Acting Director delegated her authority as set forth in the Notice of Delegation entered in this case. *See* Paper 17.

The Office received a request for Director Review of the Decision Denying Institution in the above-captioned case. *See* Paper 14. Acting Director Stewart is recused from this matter, and the request was referred to me.

Upon consideration of the request, it is:

ORDERED that the request for Director Review is denied.

For PETITIONER:

William Fink
Brian Cook
Nick Whilt
Ben Haber
O'MELVENY & MYERS LLP
tfink@omm.com
bcook@omm.com
nwhilt@omm.com
bhaber@omm.com

For PATENT OWNER:

Nathanial Browand
Christopher Gaspar
MILBANK LLP
nbrowand@milbank.com
cgaspar@milbank.com