# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00427-JRG-RSP |

**VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Plaintiff**" or "**Empire**" refers to Empire Development Technology LLC.
- "**Defendants**" or "**Samsung**" refers to Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.
- The "**'120 Patent**" refers to U.S. Patent No. 8,798,120.
- The "**'331 Patent**" refers to U.S. Patent No. 8,565,331.
- The "**Asserted Patents**" refers collectively to the '120 Patent and '331 Patent.
- The "**Asserted Claims**" refers collectively to claims 25 and 29 of the '120 Patent and claims 1 and 5 of the '331 Patent.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

**<u>QUESTION NO. 1[A]</u>**

Did Empire prove by a preponderance of the evidence that Samsung infringed **ANY** of the Asserted Claims of the **'120 Patent**?

Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

| | | | |
|---|---|---|---|
| Claim 25 of the '120 Patent | Yes: _________ | **OR** | No: _________ |
| Claim 29 of the '120 Patent | Yes: _________ | **OR** | No: _________ |

**<u>QUESTION NO. 1[B]</u>**

Did Empire prove by a preponderance of the evidence that Samsung infringed **ANY** of the Asserted Claims of the **'331 Patent**?

Answer "Yes" or "No" for **EACH** of the Asserted Claims listed below.

| | | | |
|---|---|---|---|
| Claim 1 of the '331 Patent | Yes: _________ | **OR** | No: _________ |
| Claim 5 of the '331 Patent | Yes: _________ | **OR** | No: _________ |

**<u>Answer Question Nos. 2 and 3 ONLY as to any Asserted Claim that you have found to be infringed (see Question Nos. 1[A] and 1[B]).</u>**

**<u>If you find that NONE of the Asserted Claims are infringed, then DO NOT answer Question Nos. 2 and 3.</u>**

**QUESTION NO. 2[A]**

Did Empire prove by a preponderance of the evidence that Samsung willfully infringed any of the Asserted Claims of the **’120 Patent** that you have found were infringed?

Answer “Yes” **OR** “No”.

Yes: _________ **OR** No: _________

**QUESTION NO. 2[B]**

Did Empire prove by a preponderance of the evidence that Samsung willfully infringed any of the Asserted Claims of the **’331 Patent** that you have found were infringed?

Answer “Yes” **OR** “No”.

Yes: _________ **OR** No: _________

**QUESTION NO. 3[A]**

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonable compensate Empire for Samsung's infringement?

Answer in United States Dollars and Cents, if any.

$________________________

**QUESTION NO. 3[B]**

Are the reasonable royalties that you found in Question No. 4a **Running Royalties** for past sales only or a one-time **Lump Sum** for past and future sales?

Running Royalties: ____________ **OR** Lump Sum Payment: ____________

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ___ day of ________, 2025.

________________________________________
Jury Foreperson