IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT LLC, § § § | |
| *Plaintiff*, § § | |
| v.  § | CIVIL ACTION NO. 2:23-cv-00427-JRG-RSP |
| § § | |
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., § § § § | |
| *Defendants*. § | |

## ORDER

Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") previously filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c) for Lack of Constitutional Standing (the "Motion to Dismiss"). (Dkt. No. 101.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 217), recommending denial of Samsung's Motion to Dismiss. Samsung has now filed Objections. (Dkt. No. 237.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and the briefing on Samsung's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Samsung's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to Dismiss (Dkt. No. 101) is **DENIED**.

So Ordered this

**Jun 16, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2