**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMPIRE TECHNOLOGY DEVELOPMENT LLC** | § | |
| | § | |
| | § | |
| **v.** | § | **Case No. 2:23-cv-00427-JRG-RSP** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD., *et al*** | § | |
| | § | |

---

**MINUTES FOR JURY SELECTION/JURY TRIAL DAY NO. 1**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**June 23, 2025**

**OPEN: 09:14 AM** **ADJOURN: 05:53 PM**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERKS: | Danielle Zapata<br>Nathan Gershengorin<br>Richard (Chipper) Adams |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTE ENTRY |
|---|---|
| 09:14 AM | Court opened. |
| 09:14 AM | Court's greeting, introduction and preliminary remarks to Jury Pool. |
| 09:28 AM | Court called for announcements from the parties. |
| 09:29 AM | Court continued by providing case information and gave preliminary instructions to Jury Pool. |
| 09:39 AM | Prospective Jurors began introduction of themselves. |
| 10:05 AM | Court provided additional instructions to Jury Pool. |
| 10:15 AM | *Voir dire* on behalf of Plaintiff by Mr. Gaspar. |
| 10:39 AM | *Voir dire* on behalf of Defendants by Ms. Smith. |
| 11:08 AM | Bench conference with counsel re: challenges for cause. |
| 11:11 AM | Bench conference concluded. |
| 11:11 AM | Court instructions provided to Jury Pool. Court requested specific juror(s) to remain in courtroom while remainder of Jury Pool recessed. |
| 11:13 AM | Remainder of Jury Pool recessed for break. |

| TIME | MINUTE ENTRY |
|---|---|
| 11:15 AM | Counsel approached bench. |
| 11:15 AM | Strike conference began with specifically named juror(s). |
| 11:35 AM | Strike conference concluded. Attorneys excused to exercise strikes. |
| 11:35 AM | Recess. |
| 12:01 PM | Court reconvened. |
| 12:02 PM | Instructions given by the Court. Jurors selected. |
| 12:06 PM | Remainder of Jury Pool excused. |
| 12:07 PM | Jurors sworn. |
| 12:08 PM | Additional instructions given by the Court. |
| 12:18 PM | Jury recessed for lunch. |
| 12:19 PM | Court took up certain matters presented on behalf of the parties. |
| 12:28 PM | Recess. |
| 01:03 PM | Court reconvened. |
| 01:04 PM | Jury returned to courtroom. |
| 01:05 PM | Court gave preliminary instructions to Jury. |
| 01:40 PM | Notebooks provided to Jury. |
| 01:41 PM | Continuation of Court's preliminary instructions to Jury. |
| 01:55 PM | Plaintiff's opening statement by Mr. Gaspar. |
| 02:24 PM | Defendants' opening statement by Mr. Snyder. |
| 02:54 PM | Opening statements concluded. |
| 02:54 PM | Rule invoked. |
| 02:55 PM | Plaintiff's case-in-chief: |
| 02:55 PM | Witness sworn. |
| 02:56 PM | Bench conference. |
| 02:57 PM | Bench conference concluded. |
| 02:58 PM | Direct examination of Mr. Thomas Kang by Mr. Gaspar. |
| 03:21 PM | Cross examination of Mr. Thomas Kang by Ms. Smith. |
| 03:32 PM | Bench conference. |
| 03:34 PM | Bench conference concluded. |
| 03:34 PM | Continuation cross examination of Mr. Thomas Kang by Ms. Smith. |
| 03:44 PM | Bench conference. |
| 03:49 PM | Bench conference concluded. |
| 03:49 PM | Continuation cross examination of Mr. Thomas Kang by Ms. Smith. |
| 03:54 PM | Redirect examination of Mr. Thomas Kang by Mr. Gaspar. |
| 04:07 PM | Recross examination of Mr. Thomas Kang by Ms. Smith. |
| 04:09 PM | Completion of testimony of Mr. Thomas Kang. |
| 04:09 PM | Jury recessed for break. |
| 04:09 PM | Recess. |
| 04:21 PM | Court reconvened. |
| 04:22 PM | Jury returned to courtroom. |
| 04:23 PM | Witness sworn. |
| 04:24 PM | Direct examination of Prof. Robert Heath by Mr. Browand. |
| 04:58 PM | Cross examination of Prof. Robert Heath by Mr. Snyder. |
| 05:14 PM | Bench conference. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:15 PM | Bench conference concluded. |
| 05:15 PM | Continuation cross examination of Prof. Robert Heath by Mr. Snyder. |
| 05:40 PM | Redirect examination of Prof. Robert Heath by Mr. Browand. |
| 05:48 PM | Recross examination of Prof. Robert Heath by Mr. Snyder. |
| 05:50 PM | Completion of testimony of Prof. Robert Heath. |
| 05:50 PM | Court instructions to the Jury. |
| 05:51 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:53 PM | Court reminded the parties of their meet and confer obligations. Court will be available by 7:30 tomorrow morning to take up any overnight disputes. |
| 05:53 PM | Court adjourned. |