**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMPIRE TECHNOLOGY DEVELOPMENT LLC** | § § § | |
| **v.** | § | **Case No. 2:23-cv-00427-JRG-RSP** |
| **SAMSUNG ELECTRONICS CO., LTD., *et al*** | § § § | |

---

**MINUTES FOR JURY TRIAL DAY NO. 2**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**June 24, 2025**

**OPEN: 08:24 AM** **ADJOURN: 05:51 PM**

ATTORNEYS FOR PLAINTIFF: See attached

ATTORNEYS FOR DEFENDANTS: See attached.

LAW CLERKS: Danielle Zapata
Nathan Gershengorin
Richard (Chipper) Adams

COURT REPORTER: Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY: Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:24 AM | Court opened. |
| 08:25 AM | Exhibits used prior day read into the record. |
| 08:26 AM | Jury entered the courtroom. |
| 08:27 AM | Continuation Plaintiff's case-in-chief: |
| 08:27 AM | Witness sworn. |
| 08:28 AM | Direct examination of Prof. Robert Akl by Mr. Browand. |
| 09:34 AM | **Courtroom sealed**. |
| 09:34 AM | Continuation direct examination of Prof. Robert Akl by Mr. Browand. |
| 09:39 AM | **Courtroom unsealed**. |
| 09:39 AM | Continuation direct examination of Prof. Robert Akl by Mr. Browand. |
| 09:56 AM | Jury recessed for break. |
| 09:56 AM | Recess. |
| 10:10 AM | Court reconvened. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:11 AM | Jury returned to courtroom. |
| 10:11 AM | Cross examination of Prof. Robert Akl by Mr. Snyder. |
| 11:33 AM | Redirect examination of Prof. Robert Akl by Mr. Browand. |
| 11:50 AM | Completion of testimony of Prof. Robert Akl. |
| 11:51 AM | Jury recessed for lunch. |
| 11:52 AM | Recess. |
| 12:48 PM | Court reconvened. |
| 12:48 PM | Jury returned to courtroom. |
| 12:49 PM | Witness sworn. |
| 12:49 PM | Direct examination of Dr. John Kowalski by Mr. Lichtenberg. |
| 01:11 PM | Cross examination of Dr. John Kowalski by Mr. Durst. |
| 01:35 PM | Completion of testimony of Dr. John Kowalski. |
| 01:35 PM | Ms. DeRieux introduced the video deposition designation of Ms. Sunyoung Kim. |
| 01:58 PM | Video deposition designation of Ms. Sunyoung Kim concluded. |
| 01:59 PM | Ms. DeRieux introduced the video deposition designation of Mr. JungSuk Woo. |
| 02:21 PM | Video deposition designation of Mr. JungSuk Woo concluded. |
| 02:21 PM | Jury recessed for break. |
| 02:22 PM | Recess. |
| 02:46 PM | Court reconvened. |
| 02:47 PM | Court directed the submission of a jointly prepared updated final jury instructions by 3:00 tomorrow afternoon in Word format and electronically transmitted to Court staff. |
| 02:48 PM | Jury returned to courtroom. |
| 02:49 PM | Ms. DeRieux introduced the video deposition designation of Mr. Peter Park. |
| 03:22 PM | Video deposition designation of Mr. Peter Park concluded. |
| 03:22 PM | Bench conference. |
| 03:24 PM | Bench conference concluded. |
| 03:25 PM | Ms. DeRieux introduced the video deposition designation of Mr. Sean Diaz. |
| 03:35 PM | Video deposition designation of Mr. Sean Diaz concluded. |
| 03:35 PM | Witness sworn. |
| 03:36 PM | Direct examination of Ms. Dawn Rice Hall by Ms. Wolf. |
| 04:10 PM | Cross examination of Ms. Dawn Rice Hall by Ms. Smith. |
| 04:42 PM | Redirect examination of Ms. Dawn Rice Hall by Ms. Wolf. |
| 04:45 PM | Completion of testimony of Ms. Dawn Rice Hall. |
| 04:46 PM | Plaintiff rested its case-in-chief. |
| 04:46 PM | Jury recessed for break. |
| 04:47 PM | Recess. |
| 04:58 PM | Court reconvened. |
| 04:59 PM | Jury returned to courtroom. |
| 05:00 PM | Defendants' case-in-chief: |
| 05:00 PM | Witness sworn. |
| 05:01 PM | Direct examination of Dr. Sundeep Rangan by Mr. Snyder. |
| 05:21 PM | Bench conference. |
| 05:23 PM | Bench conference concluded. |
| 05:23 PM | Continuation direct examination of Dr. Sundeep Rangan by Mr. Snyder. |

| TIME | MINUTE ENTRY |
|---|---|
| 05:47 PM | Court instructions to the Jury. |
| 05:48 PM | Jury recessed for the day until 8:30 tomorrow morning. |
| 05:49 PM | Court modified deadline to submit updated final jury instructions by noon tomorrow. |
| 05:50 PM | Parties to continue with their meet and confer efforts. Court will be available by 7:30 tomorrow morning to take up any overnight disputes. |
| 05:51 PM | Court adjourned. |