**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMPIRE TECHNOLOGY DEVELOPMENT LLC** | § | |
| | § | |
| **v.** | § | **Case No. 2:23-cv-00427-JRG-RSP** |
| | § | |
| **SAMSUNG ELECTRONICS CO., LTD., *et al*** | § | |

**MINUTES FOR JURY TRIAL DAY NO. 3**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**June 25, 2025**

**OPEN: 08:23 AM** **ADJOURN: 05:16 PM**

ATTORNEYS FOR PLAINTIFF: See attached

ATTORNEYS FOR DEFENDANTS: See attached.

LAW CLERKS: Danielle Zapata
Nathan Gershengorin
Richard (Chipper) Adams

COURT REPORTER: Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY: Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:23 AM | Court opened. |
| 08:24 AM | Exhibits used prior day read into the record. |
| 08:26 AM | Jury entered the courtroom. |
| 08:27 AM | Continuation Defendants' case-in-chief: |
| 08:27 AM | Continuation direct examination of Dr. Sundeep Rangan by Mr. Snyder. |
| 09:04 AM | **Courtroom sealed**. |
| 09:05 AM | Continuation direct examination of Dr. Sundeep Rangan by Mr. Snyder. |
| 09:20 AM | **Courtroom unsealed**. |
| 09:20 AM | Continuation direct examination of Dr. Sundeep Rangan by Mr. Snyder. |
| 09:33 AM | Cross examination of Dr. Sundeep Rangan by Mr. Gaspar. |
| 10:05 AM | Bench conference. |
| 10:05 AM | Bench conference concluded. |
| 10:06 AM | Jury recessed for break. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:06 AM | Recess. |
| 10:18 AM | Court reconvened. |
| 10:19 AM | Jury returned to courtroom. |
| 10:19 AM | Continuation cross examination of Dr. Sundeep Rangan by Mr. Gaspar. |
| 10:32 AM | Bench conference. |
| 10:33 AM | Bench conference concluded. |
| 10:33 AM | Continuation cross examination of Dr. Sundeep Rangan by Mr. Gaspar. |
| 10:41 AM | Bench conference. |
| 10:44 AM | Bench conference concluded. |
| 10:44 AM | Continuation cross examination of Dr. Sundeep Rangan by Mr. Gaspar. |
| 10:56 AM | Bench conference. |
| 10:57 AM | Bench conference concluded. |
| 10:58 AM | Continuation cross examination of Dr. Sundeep Rangan by Mr. Gaspar. |
| 11:04 AM | **Courtroom sealed**. |
| 11:05 AM | Continuation cross examination of Dr. Sundeep Rangan by Mr. Gaspar. |
| 11:06 AM | **Courtroom unsealed**. |
| 11:07 AM | Continuation cross examination of Dr. Sundeep Rangan by Mr. Gaspar. |
| 11:10 AM | Redirect examination of Dr. Sundeep Rangan by Mr. Snyder. |
| 11:35 AM | Completion of testimony of Dr. Sundeep Rangan. |
| 11:36 AM | Witness sworn. |
| 11:37 AM | Court provided explanation to the Jury re: testimony of live witness who previously testified by video deposition. |
| 11:38 AM | Direct examination of Mr. Peter Park by Ms. Smith. |
| 12:11 PM | Jury recessed for lunch. |
| 12:12 PM | Recess. |
| 01:04 PM | Court reconvened. |
| 01:05 PM | Jury returned to courtroom. |
| 01:05 PM | Cross examination of Mr. Peter Park by Mr. Browand. |
| 01:18 PM | Redirect examination of Mr. Peter Park by Ms. Smith. |
| 01:19 PM | Completion of testimony of Mr. Peter Park. |
| 01:20 PM | Witness sworn. (Interpreter, Ms. Ann Park, previously sworn.) |
| 01:21 PM | Court provided explanation to the Jury re: testimony of live witness who previously testified by video deposition. |
| 01:22 PM | Direct examination of Ms. Sunyoung Kim (with aid of interpreter) by Mr. Durst. |
| 01:39 PM | Bench conference. |
| 01:44 PM | Bench conference concluded. |
| 01:44 PM | Continuation direct examination of Ms. Sunyoung Kim (with aid of interpreter) by Mr. Durst. |
| 02:02 PM | Bench conference. |
| 02:06 PM | Bench conference concluded. |
| 02:06 PM | Continuation direct examination of Ms. Sunyoung Kim (with aid of interpreter) by Mr. Durst. |
| 02:18 PM | Cross examination of Ms. Sunyoung Kim (with aid of interpreter) by Mr. Gaspar. |
| 02:43 PM | Redirect examination of Ms. Sunyoung Kim (with aid of interpreter) by Mr. Durst. |

| TIME | MINUTE ENTRY |
|---|---|
| 02:44 PM | Completion of testimony of Ms. Sunyoung Kim. |
| 02:45 PM | Witness sworn. |
| 02:46 PM | Direct examination of Ms. Ambreen Salters by Ms. Smith. |
| 03:42 PM | Jury recessed for break. |
| 03:42 PM | Recess. |
| 03:56 PM | Court reconvened. |
| 03:57 PM | Jury returned to courtroom. |
| 03:58 PM | Cross examination of Ms. Ambreen Salters by Mr. Lichtenberg. |
| 04:32 PM | Bench conference. |
| 04:33 PM | Bench conference concluded. |
| 04:33 PM | Continuation cross examination of Ms. Ambreen Salters by Mr. Lichtenberg. |
| 04:35 PM | Redirect examination of Ms. Ambreen Salters by Ms. Smith. |
| 04:42 PM | Completion of testimony of Ms. Ambreen Salters. |
| 04:42 PM | Defendants rested its case-in-chief. |
| 04:42 PM | Plaintiff offered no rebuttal witnesses. |
| 04:43 PM | Both sides rested. |
| 04:43 PM | Court provided instructions to the Jury. |
| 04:44 PM | Jury excused for the remainder of the day to return tomorrow at 8:30 AM. |
| 04:45 PM | Court took up Rule 50(a) motions. |
| 04:47 PM | Court provided instruction to the parties re: hearing on Rule 50(a) motions. |
| 04:53 PM | Court began hearing argument on Rule 50(a) motions. |
| 05:14 PM | Argument concluded. |
| 05:14 PM | Court made rulings as set forth in the record |
| 05:15 PM | Completion of hearing re: Rule 50(a) motions. |
| 05:15 PM | Court to recess and reconvene to conduct informal charge conference (off the record) in the courtroom. |
| 05:16 PM | Recess. |