# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT LLC, | § § § § |
| *Plaintiff*, | § § |
| v. | §  CASE NO. 2:23-CV-00427-JRG-RSP § |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § |
| *Defendants*. | § § § |

## **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used in this Verdict Form, the following terms have the following meanings:

- "**Empire**" refers to Plaintiff Empire Development Technology LLC.

- "**Samsung**" collectively refers to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

- The "**'120 Patent**" refers to U.S. Patent No. 8,798,120.

- The "**'331 Patent**" refers to U.S. Patent No. 8,565,331.

- The "**Asserted Claims**" collectively refers to claims 25 and 29 of the '120 Patent and claim 1 of the '331 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

**QUESTION NO. 1A**

Did Empire prove by a preponderance of the evidence that Samsung infringed any of the following claims of the **'120 Patent**?

Claim 25    Yes: ✓    **OR**    No: ____

Claim 29    Yes: ____    **OR**    No: ✓

**QUESTION NO. 1B**

Did Empire prove by a preponderance of the evidence that Samsung infringed the following claim of the **'331 Patent**?

Claim 1    Yes: ____    **OR**    No: ✓

**Only answer Question Nos. 2 and 3 as to any Asserted Claim that you have found to be infringed.**

**As an example only, if you answered "YES" to Question No. 1A as to Claim 25 of the '120 Patent, then answer Question Nos. 2 and 3 as to Claim 25 of the '120 Patent.**

**If you answered "NO" to Question Nos. 1A and 1B for ALL Asserted Claims, then you SHOULD NOT answer any other question, and in that case proceed directly to the final page of the Verdict Form.**

**QUESTION NO. 2**

If you found infringement, did Empire prove by a preponderance of the evidence that such infringement by Samsung was **willful** since the lawsuit was filed?

Yes: _____   **OR**   No: ____✓____

**QUESTION NO. 3A**

What sum of money, if paid now in cash, has Empire proven by a preponderance of the evidence would compensate it for Samsung's infringement?

Answer in United States Dollars and Cents, if any:

$ __12,500,000.00__

**QUESTION NO. 3B**

Are the damages for infringement you found in Question No. 3A a lump sum or a running royalty?

Lump Sum: __✓__       **OR**       Running Royalty: _____

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and you should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __27__ day of June, 2025.

_____
Jury Foreperson