**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMPIRE TECHNOLOGY DEVELOPMENT LLC** | § § § | |
| **v.** | § | **Case No. 2:23-cv-00427-JRG-RSP** |
| **SAMSUNG ELECTRONICS CO., LTD.,** ***et al*** | § § § | |

---

**MINUTES FOR JURY TRIAL DAY NO. 4**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**June 26, 2025**

**OPEN: 07:58 AM** **ADJOURN: 05:00 PM**

ATTORNEYS FOR PLAINTIFF: See attached

ATTORNEYS FOR DEFENDANTS: See attached.

LAW CLERKS: Danielle Zapata
Nathan Gershengorin
Richard (Chipper) Adams

COURT REPORTER: Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY: Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 07:58 AM | Court opened. |
| 07:58 AM | Yesterday, Court heard Rule 50(a) motions, ruled thereon, and held informal charge conference in chambers (off the record). |
| 08:00 AM | Court provided instructions. |
| 08:00 AM | Formal charge conference started. |
| 08:11 AM | Formal charge conference completed. |
| 08:12 AM | Recess. |
| 08:30 AM | Court reconvened. |
| 08:31 AM | Exhibits used prior day read into the record. |
| 08:33 AM | Jury entered the courtroom. |
| 08:34 AM | Court proceeded to charge the Jury with final instructions. |
| 09:18 AM | Closing argument by Plaintiff's counsel, Mr. Gaspar. |
| 09:41 AM | Closing argument by Defendants' counsel, Mr. Snyder. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:22 AM | Closing rebuttal argument by Plaintiff's counsel, Mr. Gaspar. |
| 10:40 AM | Closing arguments concluded. |
| 10:40 AM | Court gave final instructions to the Jury. |
| 10:46 AM | Jury retired to jury room to deliberate. |
| 10:47 AM | Court recessed. |
| 12:08 PM | Court reconvened. |
| 12:09 PM | Court informed counsel of a Jury note received by the Court. |
| 12:09 PM | Discussion with counsel. |
| 12:10 PM | Court instructed CSO to hand-deliver response to Jury. |
| 12:10 PM | Recess. |
| 03:40 PM | Court reconvened. |
| 03:40 PM | Court informed counsel of a Jury note received by the Court. |
| 03:40 PM | Discussion with counsel. |
| 03:41 PM | Court instructed CSO to hand-deliver response to Jury. |
| 03:42 PM | Recess. |
| 05:00 PM | Jury released by the Court to return tomorrow at 8:30 AM to continue deliberations. |