

**2:23-cv-00427-JRG-RSP**
**Empire Technology Development LLC v Samsung Electronics Co Ltd *et al***
June 27, 2025 at 8:30 AM
Trial -- Day 5

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Christopher Gaspar | Empire |
| Nathaniel Browand | Empire |
| Andrew Lichtenberg | Empire |
| Elizabeth DeRieux | Empire |
| Rachel Wolf | Empire |
| Alana Mattei | Empire |
| Melissa Smith | SS |
| Davin Snyder | SS |
| Tim Durst | Samsung |
| Marc Pensabene | Samsung |
| Hannah Juge | Empire |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Thomas Kang | CEO of Empire |
| David Dehoney | Samsung |