IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMPIRE TECHNOLOGY DEVELOPMENT LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:23-CV-00427-JRG-RSP |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § | |

## FINAL JUDGMENT

A jury trial commenced in the above-captioned case on June 23, 2025. On June 27, 2025, the Jury reached and returned its unanimous verdict finding that Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") infringed claim 25 of U.S. Patent No. 8,798,120 (the "'120 Patent"); that Samsung did not infringe claim 29 of the '120 Patent; that Samsung did not infringe claim 1 of U.S. Patent No. 8,565,331 (the "'331 Patent"); that such infringement was not willful; and that Plaintiff Empire Development Technology LLC ("Empire") should recover a lump sum reasonable royalty of $12,500,000.00 for Samsung's infringement. (Dkt. No. 267.)

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Samsung has infringed claim 25 of the '120 Patent;

2. Samsung has not infringed claim 29 of the '120 Patent;

3. Samsung has not infringed claim 1 of the '331 Patent;

4. Samsung's infringement was not willful;

5. Empire is hereby awarded damages from and against Samsung and shall accordingly have and recover from Samsung the sum of $12,500,000.00 U.S. Dollars as a lump sum reasonable royalty for Samsung's infringement of claim 25 of the '120 Patent;

6. Pursuant to 35 U.S.C. § 284 and Supreme Court guidance that "prejudgment interest should ordinarily be awarded absent some justification for withholding such an award,"[1] the Court awards pre-judgment interest applicable to all sums awarded herein, calculated at the five (5) year U.S. Treasury Bill rate, compounded quarterly, from the date of infringement through the date of entry of this Judgment;[2]

7. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to the sum awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and

8. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Empire is the prevailing party in this case and shall recover its costs from Samsung. Empire is directed to file its proposed Bill of Costs.

All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

---

[1] *General Motors Corp. v. Devex Corp.*, 461 U.S. 648, 657 (1983).
[2] *See Nickson Indus., Inc. v. Rol Mfg. Co., Ltd.*, 847 F.2d 795, 800–801 (Fed. Cir. 1988).

**So ORDERED and SIGNED this 15th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE